# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS JIMENEZ,<br><br>    Plaintiff<br><br>v.<br><br>GOVERNMENT EMPLOYEES<br>INSURANCE COMPANY, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01290-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Luis Jimenez's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Luis Jimenez as required by the amendment to that rule.

I FURTHER ORDER plaintiff Luis Jimenez to file a proper certificate of interested parties by September 8, 2023.

DATED this 29th day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE