# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS JIMENEZ,<br><br>    Plaintiff<br><br>v.<br><br>GOVERNMENT SECURE INSURANCE COMPANY,<br><br>    Defendants | Case No.: 2:23-cv-01290-APG-BNW<br><br>**Order to Show Cause Why This Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction** |

In light of plaintiff Luis Jiminez's response to the order to show cause (ECF No. 8) and the first amended complaint (ECF No. 11),

I ORDER that the order to show cause (ECF No. 4) is satisfied and I will not dismiss this action for lack of subject matter jurisdiction.

DATED this 13th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE