Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:      rfinch@messner.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUIS JIMENEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GEICO SECURE INSURANCE COMPANY (d.b.a. "Geico" or "Geico Insurance"),<br><br>　　　　　　Defendants. | Case No.  2:23-cv-01290-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant GEIGO SECURE INSURANCE COMPANY, by and through its attorneys of record, RENEE M. FINCH, ESQ. of MESSNER REEVES LLP and Plaintiff LUIS JIMENEZ, individually by and through his counsel of record, DANIEL M. RYAN, ESQ., of DANIEL M. RYAN, LLC d.b.a. Real Injury Attorney, and that all claims against GEICO SECURE INSURANCE COMPANY, arising out of Case No. 2:23-cv-01290-APG-BNW, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

{08337233 / 1}                                                    Page **1** of **2**

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 5th day of June, 2024.          DATED this 5th day of June, 2024.

MESSNER REEVES, LLP                         DANIEL M. RYAN, LLC
                                            d.b.a. Real Injury Attorney

/s/ Renee M. Finch
_____            _____
Renee M. Finch, Esq.                        Daniel M. Ryan, Esq.
Nevada Bar No. 13118                        Nevada Bar No. 12485
8945 W. Russell Rd., Ste. 300               2700 East Sunset Road, Suite 17
Las Vegas, NV 89148                         dryan@danielryanlaw.com
*Attorney for Defendants*                   *Attorney for Plaintiff*


IT IS SO ORDERED.

_____
United States District Court Judge

DATED: June 6, 2024